[No. 17351–1–I. Division One. July 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GREG ALLEN TUPPER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–01956–0, Stephen M. Reilly, J., entered October 16, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17430–4–I. Division One. July 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EARL TUCKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–01670–6, Stephen M. Reilly, J., entered November 12, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17740–1–I. Division One. July 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LAMARK FRANKLIN, *Defendant,* MICHAEL HOWARD WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02868–2, Peter K. Steere, J., entered December 20, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17938–1–I. Division One. July 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. QUINCY TADERIAL SCOTT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03013–0, James J. Dore, J., entered February 20, 1986. *Dismissed* by unpublished per curiam opinion.